

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 FEB 14 PH 12: 51
U.S. DISTRICT COURT
SO. DIST... OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO.   3:19-cr-34 |
| **Plaintiff** | : | Judge Thomas M. Rose |
| **v.** | : | |
| **JASON KINNEY,** | : | **INDICTMENT** |
| | | **21 U.S.C. § 846** |
| | | **21 U.S.C. §§ 841(a)(1) and (b)(1)(C)** |
| **Defendant.** | : | **21 U.S.C. §§ 841(a)(1) and (b)(1)(E)(2)** |

---

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
### [21 U.S.C. § 846]

Beginning on an exact date unknown, but at least by on or about January 30, 2019, while in the Southern District of Ohio, and elsewhere, defendant, **JASON KINNEY** knowingly and intentionally conspired with others, both known and unknown to the Grand Jury, to possess with intent to distribute a mixture or substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(E)(2) and a mixture or substance containing a detectable amount of Tetrahydrocannabinol Synthetic, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

### COUNT 2
### [21 U.S.C. § 846]

Beginning on an exact date unknown, but at least by on or about February 1, 2019 and continuing up to and including on or about February 5, 2019, while in the Southern District of Ohio, and elsewhere, defendant, **JASON KINNEY** knowingly and intentionally conspired with

others, both known and unknown to the Grand Jury, to possess with intent to distribute controlled substances to wit:

    a.    a mixture or substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (commonly known as MDMA or Ecstasy), a Schedule I controlled substance;

    b.    a mixture or substance containing a detectable amount of Psilocybin Mushrooms, a Schedule I controlled substance; and

    c.    a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance,

in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT 3
### [21 U.S.C. §§ 841(a)(1) and (b)(1)(C]

On or about January 30, 2019, while in the Southern District of Ohio, defendant, **JASON KINNEY** knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL

F O R E M A N

BENJAMIN C. GLASSMAN
United States Attorney


DWIGHT K. KELLER
Assistant United States Attorney

2

